**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Carlos Campos

                          Plaintiff,

v.                                                      Case No.: 1:15−cv−08083
                                                        Honorable John Z. Lee

Hinsdale Nurseries, Inc., et al.

                          Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 19, 2016:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 4/19/16. Plaintiff reports that the parties have reached a settlement. This case is dismissed without prejudice; the dismissal will become with prejudice in 30 days; if necessary the parties have 30 days to reinstate the case. Civil case terminated.Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.